1 of 13

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

WARNING: You cannot use this form to ask the Court to release you
from prison, to shorten your sentence, or to give you back good
time credits that were taken away.  If that is what you want, you
must use the forms for a writ of habeas corpus.

CASE NO. 3:15 cv 1212 (MPS)

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

1. Darnell Walker

"VERIFIED"

COMPLAINT

vs.

DEFENDANT(S) [Write the name(s) of the person(s) you are suing. If
you do not know a name, write "John Doe" or "Jane Doe." Include the
defendant's rank or title and place of employment if you know it.]

1. James E. Dzurenda, Deputy Commissioner; Department of
Correction Operations Division, 24 Wolcott Hill Road, Wethersfield CT
06109

2. Angel Quiros, District Administrator; Department of Correction
Operations Division, 24 Wolcott Hill Road, Wethersfield CT 06109

3. Maldonado, Warden; Northern Correctional Institution, 287 Bilton Road
P.O. Box 665, Somers, CT 06071

4. #1 John Doe, Lieutenant.

5. #2 John Doe, Correctional Officer.

Rev. 10/14/09

6. Carson Wright, Medical Doctor, Northern Correctional Institution ... (see above)

7. Richard Furey, Health Service Director, 24 Wolcott Hill Road (see above)

1

2 of 13

Defendant(s) extended Page # 1

8. Sandra Sharr, Director of Legal Affairs; Department of Corrections Operations Division, 24 Wolcott Hill Road, Wethersfield CT

2

3 of 13

Complete every section and SIGN THE LAST PAGE.  The Court cannot give you legal advice, so if you need help, you should call Inmate Legal Assistance at 1-800-301-ILAP (4527).  It is a good idea to ask ILAP to review your complaint before you send it to the Court, to make sure that your allegations describe the kind of claim that you can make in federal court and minimize the risk that your case will be dismissed for failure to state a good legal claim.

A.   JURISDICTION

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities.  Check **one**.

I can bring my complaint in federal court because I am suing:

1.   _____✓_____  State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983; OR

2.   _____  Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

B.   PLAINTIFF(S)  (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1.   First Plaintiff

   a.   Full Name: Donnell Walker

   b.   Inmate Number: 271062

   c.   Correctional facility: McDougall-Walker C.I.

   d.   State of citizenship:

2.   Second Plaintiff

   a.   Full Name:

   b.   Inmate Number:

   c.   Correctional facility:

   d.   State of citizenship:

Rev. 10/14/09

3

C.   DEFENDANT(S) (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING
     ABOUT)

If you are suing more than six people, attach additional pages.
**Provide items 1, 2, and 3 for each additional defendant.**

1.   First Defendant
     a.   Full Name: James E. Ozurenda
     b.   Rank or Title: Deputy Commissioner (AT THE TIME)
     c.   Workplace: 24 Walcott Hill Road, Weathersfield, CT 06109
          In his Official and individual Capacities

2.   Second Defendant
     a.   Full Name: Angel Quiros
     b.   Rank or Title: District Administrator (AT THE TIME)
     c.   Workplace: 24 Walcott Hill Road, Weathersfield, CT 06109
          In his Official and individual Capacities

3.   Third Defendant
     a.   Full Name: E. Moldonado
     b.   Rank or Title: Warden (AT THE TIME)
     c.   Workplace: 287 Bitton Road P.O.B 665 Somers CT 06071
          In his Official and individual Capacities

4.   Fourth Defendant
     a.   Full Name: John Doe, #1
     b.   Rank or Title: Lieutenant (In his "Official and individual "...)
     c.   Workplace: _____

5.   Fifth Defendant
     a.   Full Name: John Doe, #2
     b.   Rank or Title: Correctional Officer (..."Official and individual")
     c.   Workplace: _____

6. AN 7. Sixth Defendant/AS WELL AS SEVENTH

|   | | #6 Corson Wright | #7 Richard Furey |
|---|---|---|---|
| a. | Full Name: | Corson Wright | Richard Furey |
| b. | Rank or Title: | Medical Doctor | Health Service Director |
| c. | Workplace: | 287 Bitton Road | |
|   | | P.O. Box 665, Somers | |
|   | | CT. 06071 | |

     In Their Official and individual Capacities

Rev. 10/14/09

4

5 of 13       C. Defendant(s) extended Page # 4

     8. Eighth Defendant

       A. Full Name: Sandra Sharr

       B. Rank or Title: Director of Legal Affairs

       C. Work Place: 24 Wolcott Hill Road, Wethersfield, CT 06109

6 of 13

D.   PREVIOUS LAWSUITS RELATED TO THIS CASE

Tell the Court if any plaintiff has filed other state or federal lawsuits involving these defendants or events. If you need more space, attach additional pages. **Provide items a-d for each case.**

1.   First Lawsuit

a.   Court and Date filed: HARTFORD DISTRICT... Feb. 14th, 2011

b.   Caption and Docket No.: QUIROS, ET AL VS. WALKER 3:11CV82

c.   Briefly, what was this lawsuit about? Defendants' Violating Their Own Set Policies, "Due Process Claim".

d.   Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say? Settled out. This Sue, involved Defendant "Angel Quiros".

2.   Second Lawsuit

a.   Court and Date filed:

b.   Caption and Docket No.:

c.   Briefly, what was this lawsuit about?

d.   Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

3.   Third Lawsuit

a.   Court and Date filed:

b.   Caption and Docket No.:

c.   Briefly, what was this lawsuit about?

d.   Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say?

Rev. 10/14/09

6

7 of 13

E.   OTHER LAWSUITS

Tell the Court if any plaintiff has filed other federal lawsuits in
this court within the past ten (10) years. If you need more space,
attach additional pages. **Provide items a-d for each case.**

1.   First Lawsuit

a.   Court and Date filed: <u>HARTFORD DISTRICT... Jan. 8th, 2013</u>

b.   Caption and Docket No.: <u>Sharp et al vs. WAlKER 3:13CV40</u>

c.   Briefly, what was this lawsuit about? <u>Defendants used</u>
<u>"unneccissary" use of force / Excessive force</u>
<u>Causing Plaintiff several injuries Practicing illegal Policies</u>
<u>"and" Violating Specific Federal Guidelines () in the Complaint</u>
<u>Action.</u>

d.   Did you win or lose?  If you lost, did you appeal? If you
appealed, what did the appeals court say? <u>PENDING.</u>

2.   Second Lawsuit

a.   Court and Date filed:

b.   Caption and Docket No.:

c.   Briefly, what was this lawsuit about?

d.   Did you win or lose?  If you lost, did you appeal? If you
appealed, what did the appeals court say?

3.   Third Lawsuit

a.   Court and Date filed:

b.   Caption and Docket No.:

c.   Briefly, what was this lawsuit about?

d.   Did you win or lose?  If you lost, did you appeal? If you
appealed, what did the appeals court say?

Rev. 10/14/09

Now describe your claims. "FACTS"

Statement of Case

1. On Oct. 9, 2012 at approximately 6:45pm, Defendant Doe #1 Authorized/Supervised Plaintiff to be "BLACK BOXED" ei< tether chained, hand cuffed, and shackled with a "chain wrapped around the waist, attaching the cuffs to the waist through the "BLACK BOX" impeding one from moving their wrist up, down, left, or right > for Plaintiff was already on in-cell restraint, where his cuffs was placed excessively too tight, for he was forced to get Defendant Doe #1 attention to loosen them "by any means" while being placed on "BLACK BOX" Defendant...

2. While being placed of "BLACK BOX" Defendant Doe #1 excessively wrapped/an wrestled this "medial" chain, asking for help to make it "even tighter" around Plaintiff waist. Causing his life termed injuries to the waist (lower back area). While wrapping Defendant Doe #1 actually "place his foot upon a vertical limb surface, in support of this wrap. At this point Plaintiff waist pains caused a numbness to his legs and subconsciousness.

3. For the "BLACK BOX" is not mandated in none of Defendant set policies" to wrap the belly chain with such "evil intent" in the force, of causing one's "injuries" the amount of force used to wrap that chain around Plaintiff waist were curiously unreasonable, and inappropriate to the circumstances of placing a prisoner on restraints. Plaintiff was being harrassed and punished through the "actions" of Defendant Doe #1 and the "Supervision" of Defendant Doe #1 causing him a life term waist injury (lower back area).

4. Defendant's James E. Dzurenda, Angel Quiros, E. Maldilado, and Sandra Sharn learned of this too an failed to make necessary actions to remedy the wrong, they did all from "denying that it ever happened" to failing to investigate the staff involved...

If you need more space, attach additional pages, but be as brief as possible.

9 oF 13   |   STATEMENT of Case "FACTS" Extended Page #8

5. The Plaintiff has wrote Medical To be Seen but was ignored from Time To Time, when Finally seen Proper Treatment has been denied by Defendant Carson Wright. Plaintiff has (AN STILL) Suffer side and Lower Back Pains (of The waist Area) To The Point he's NOT Able To Stand up-Right / Vertical or even Walk For "days" without "SEVERE" Pain of The WAIST, NECK... Following This incident.

6. Defendant Richard Furey learned of These injuries Complained To him by Plaintiff Through Multiple Health Service Review Forms, As well As "Appeals", Defendant Fail To properly Treat Plaintiff For his injuries.

7. Plaintiff has exhausted All his Administrative Remedies in This Matter, and Defendants James Ozurenda, Angel Quiros, E. Maldonado, and Sandra Sharr learn of this unconstitutional Act and Fail To do anything To Remedy The Wrong, "Denying Plaintiff Grievance(s) / Allegations of Excessive Force or/AN Deliberate indifferences without Conducting an Investigation shows Absolute negligence Towards Such Connecticut State Law and under Color of State Law.

"DUE PROCESS FAILURE"

8. Defendants James Ozurenda, Angel Quiros, E. Maldonado, and Sandra Sharr Conspired with Defendant John Doee #1 and Defendant John Doee #2 For They All Knew

10 of 13

Their Actions were A "Violation of Their own set Policies" They decided To deny Plaintiff Greivance(s) an Allegations of excessive force or/AN "Deliberate indifferences" without conducting Ar investigation. "CRUEL AN UNUSUAL PUNISHMENT" or/AN "DELIBERATE INDIFFERENCE"

9. Defendant John Doe #2 recklessly/forcefully wrapped This Medal Belly chain Around The Plaintiff waist Knowing The excessive Risk To Plaintiff health Though Maliciously disregarding it. Defendant John Doe #1 witness This unconstitutional Act in Failed To Remedy The wrong in his Supervisory Role As A over see'er of Professional Staff Conduct, Leaving Plaintiff Vulnerable to this impending harm which were easily preventable in his Role As A Supervisor.

"EIGHTH AMENDMENT DELIBERATE INDIFFERENCE/DUE PROCESS CLAUSE"

10. Defendants Carson Wright an Richard Furey Both had Actual Knowledge of An objective Cruel Condition, where on numerous occasions Plaintiff Complain of waist pains (Back Area) where as Though "Plaintiff were UNABLE TO WALK or EVEN STAND UPRIGHT/VERTICAL" Nore Defendant Respond Reasonably to the Risk. Plaintiff Asked To Be Sent out To A

BACK-N-Shoulder (Neck Area) Specialist, numerous Times for "MAGNETIC RESONANCE IMAGINGS {M.R.I}'s but was only ignored and fed Pain medications despite Plaintiff Conditions and Examination of Defendant Wright <u>where he admits "He doesn't Know what's wrong with me"</u>. Conditions have only worsen. Defendant Richard Furey as a Supervisor, administrator, and Policy maker had Ability To do Something About the deficiencies but did none, despite The Plaintiff and Doctor Reports. Defendants Wright and Furey Refused To Refer Plaintiff To A specialist to gain Knowledge of his injuries to Then be <u>"PROPERLY"</u> Treated.

All Defendants Inflicted Cruel and Unusual Punishment, Deliberate indifference's, and Violated Due Process of The Plaintiff by means of ignoring his Claims of "Excessive force", Staff misconduct, and Serious medical needs while not following up investigations and Additional Medical Treatment to Remedy The Wrong. Defendant Actions Caused Plaintiff Additional Pain and Suffering.

# PRAYERS FOR RELIEF

WHEREFORE, The Plaintiff Request This Court To grant The following Relief:

1. A permanent Injunction Ordering Defendants To Adhere To Their Directives or Order New Polices To "induce Staff Penalty's" of Staff misconduct.

2. A permanent Injunction Ordering Better Safe guards for "inmates/Prisoners Complaining of bodily deficiencies" despite The inmate/Prisoner Conditions At The Time of The Complaint;

3. Compensatory Damages;

4. Punitive Damages;

5. Monetary Damages;

6. Costs;

7. Attorney And Filing fees; and

8. Such Other And further Relief As This Court Deems Just And Proper.

Plaintiff Demands A
Jury Trial
on All Claims Triable

Plaintiff, Pro SE
Darnell L. Walker
By: _____ Walker #277164
Darnell L. Walker
MacDougall - Walker CI
1153 East St. South
Suffield. CT 06080

"VERIFIED" Complaint

I declare under Penalty of Perjury that
The foregoing is true And Correct Pursuant to
28 U.S.C. SEC. 1746

8/3/15
Date

_____ #277162
Darnell L. Walker